UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Perrella, Philip S. and Melanie A.          Case No.:  __19-14172-KCF__

Chapter:  __7__

Judge:  __Kathryn C. Ferguson__

## NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__          __Chapter 7 Trustee__     in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
>     Clerk of the U.S. Bankruptcy Court
>     U.S. Courthouse, 1st floor
>     402 E. State Street
>     Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __May 7, 2019__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real estate located at:
> 106 Butternut Street
> Kunkletown, PA
>
> Valued at: $110,000.00

> Liens on property:
>
> Mr. Cooper
> $129,652.00

> Amount of equity claimed as exempt:
>
> $0.00

Objections must be served on, and requests for additional information directed to:

Name:      __Andrea Dobin, Trustee__

Address:   __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*