UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Perrella, Philip S. and Melanie A.    Case No.:  19-14172-KCF

Chapter:  7

Judge:  Kathryn C. Ferguson

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin,    Chapter 7 Trustee    in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 7, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  2 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
106 Butternut Street
Kunkletown, PA

Valued at: $110,000.00

Liens on property:

Mr. Cooper
$129,652.00

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, Trustee

Address:  McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Philip S. Perrella  
Melanie A. Perrella  
    Debtors

Case No. 19-14172-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Apr 05, 2019  
                    Form ID: pdf905    Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.

```
db/jdb         +Philip S. Perrella,    Melanie A. Perrella,    32 Hemlock Road,    Columbia, NJ 07832-2618
518056778       A-1 Collection Service,    2297 Highway 33,    Suite 906,    Trenton, NJ 08690-1717
518056780       Best Buy /CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518056781      +Blairstown Animal Medical Hospital,    29 Cedar Lake Road,    Blairstown, NJ 07825-9641
518056785       Citibank,    PO Box 769006,    San Antonio, TX 782459006
518056788       Credence Resourse Management LLC,    PO Box 2147,    Southgate, MI 48195-4147
518056790      +D & A Services,    1400 E. Touhy Ave Suite G2,    Des Plaines, IL 60018-3338
518056791     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,    PO Box 11732,    Newark, NJ 07101-4732)
518056792      +Diversified Consultant, Inc.,    PO Box 1391,    Southgate, MI 48195-0391
518056793      +EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
518056796       FMA Alliance Ltd.,    PO Box 2409,    Houston, TX 77252-2409
518056795       First Source Advantage,    PO Box 628,    Buffalo, NY 14228
518056797      +Hillcrest Emergency Services Group,    185 Roseberry Street,    Phillipsburg, NJ 08865-1690
518056798       Hunterdon Medical Center,    Payment Processing Center - Avadyne,    PO Box 219714,
                Kansas City, MO 64121-9714
518056804      +Michael Harrison Attorney at Law,    3155 State Route 10-Suite 214,    Denville, NJ 07834-3430
518056805      +Midland Funding,    Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518056806      +Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
518056809      +Pegasus Emergency Group,    3075 E. Imperial Hwy, STe 200,    Brea, CA 92821-6753
518056811       Portfolio Recovery Associates,    Riverside Commerce Center,    Norfolk, VA 23502-4932
518056812       Progressive Physicain Associates,    PO Box 678398,    Dallas, TX 75267-8398
518056813       Riverfield Family Heath Center,    3 Minneakoning RD,    Flemington, NJ 08822-5726
518056815      +St Lukes Emergency Physician Specialists,    PO Box 5386,    Bethlehem, PA 18015-0386
518056816       St. Lukes University Health Network,    PO Box 788187,    Philadelphia, PA 19178-8187
518056817      +Subaru Motors Finance,    c/o Chase,    PO Box 78101,    Phoenix, AZ 85062-8101
518056821      +The Bureaus Inc.,    650 Dundee Road Suite 370,    Northbrook, IL 60062-2757
518123798      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
518056822      +United Student Aid Funds, Inc.,    c/o Pioneer Credit Recovery,    308 W Rt 38,
                Moorestown, NJ 08057-3212
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 23:34:34      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 23:34:30      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518056779       E-mail/Text: bankruptcy@bbandt.com Apr 05 2019 23:33:50      BB&T,    PO Box 890011,
                Charlotte, NC 28289-0011
518056787       E-mail/Text: compliance@contractcallers.com Apr 05 2019 23:35:42      Contract Callers, Inc.,
                POB 212609,    1058 Claussen Rd,    Ste 110,    Augusta, GA 30917
518056782       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 05 2019 23:37:05      Capital One,
                PO Box 70884,    Charlotte, NC 28272-0884
518056783       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 05 2019 23:37:44      Capital One Bank,
                PO Box 70884,    Charlotte, NC 282720884
518056784       E-mail/Text: bk.notifications@jpmchase.com Apr 05 2019 23:34:16      Chase Auto Finance,
                PO Box 78067,    Phoenix, AZ 850628067
518056786       E-mail/Text: documentfiling@lciinc.com Apr 05 2019 23:33:07      Comcast,    PO Box 69,
                Newark, NJ 07101-0069
518056789      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 05 2019 23:36:21      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
518056794      +E-mail/Text: bankruptcy@erieinsurance.com Apr 05 2019 23:35:27      Erie Insurance Exchange,
                100 Erie Ins Pl,    Erie, PA 16530-0001
518056799      +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Apr 05 2019 23:35:29
                Hunterdon Radiology/Imaging Associates,    PO Box 5388,    Clinton, NJ 08809-0388
518056800      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 05 2019 23:34:50      Jefferson Capital System,
                PO Box 17210,    Golden, CO 80402-6020
518056801      +E-mail/Text: bncnotices@becket-lee.com Apr 05 2019 23:33:28      Kohl's,    P.O. Box 2983,
                Milwaukee, WI 532012983
518056803       E-mail/Text: camanagement@mtb.com Apr 05 2019 23:33:56      M & T Bank,    PO Box 900,
                Millsboro, DE 19966
518056807      +E-mail/PDF: pa_dc_claims@navient.com Apr 05 2019 23:37:35      Navient,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
518056808       E-mail/Text: electronicbkydocs@nelnet.net Apr 05 2019 23:34:38      Nelnet Inc.,    PO Box 2970,
                Omaha, NE 68103-2970
518056810       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2019 23:36:19
                Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
518056814       E-mail/Text: appebnmailbox@sprint.com Apr 05 2019 23:34:27      Sprint,    PO Box 1769,
                Newark, NJ 71011769
518056818      +E-mail/Text: bankruptcy@sw-credit.com Apr 05 2019 23:34:34      SW Credit Systems,
                4120 International Pkwy,    Suite 1100,    Carrollton, TX 75007-1958
```

```
District/off: 0312-3          User: admin            Page 2 of 2              Date Rcvd: Apr 05, 2019
                              Form ID: pdf905        Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518056819          E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 05 2019 23:36:01      T-Mobile,
                    PO Box 742596,    Cincinnati, OH 452742596
518056820          E-mail/Text: bankruptcy@td.com Apr 05 2019 23:34:38      TD Bank,   17000 Horizon Way,
                    Mount Laurel, NJ 08054
518056823         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 05 2019 23:33:02
                    Verizon,   PO Box 4830,    Trenton, NJ 08650-4830
518056824         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 05 2019 23:33:03
                    Verizon Wireless,    PO Box 489,   Newark, NJ 07101-0489
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518056802         landlord
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
```
              Andrea Dobin     ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Joan Sirkis Warren    on behalf of Debtor Philip S. Perrella joan@joanlaverylaw.com
              Joan Sirkis Warren    on behalf of Joint Debtor Melanie A. Perrella joan@joanlaverylaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```