| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Philip S. Perrella <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5007 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Melanie A. Perrella <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1015 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–14172–KCF | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Philip S. Perrella                              Melanie A. Perrella
                                                aka Malanie A Rieur

6/7/19                                          **By the court:**   Kathryn C. Ferguson
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 19-14172-KCF
Philip S. Perrella                                          Chapter 7
Melanie A. Perrella
         Debtors
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jun 07, 2019
                              Form ID: 318             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db/jdb         +Philip S. Perrella,    Melanie A. Perrella,    32 Hemlock Road,    Columbia, NJ 07832-2618
518056778       A-1 Collection Service,    2297 Highway 33,    Suite 906,    Trenton, NJ 08690-1717
518056780       Best Buy /CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518056781      +Blairstown Animal Medical Hospital,    29 Cedar Lake Road,    Blairstown, NJ 07825-9641
518056788       Credence Resourse Management LLC,    PO Box 2147,    Southgate, MI 48195-4147
518056790      +D & A Services,    1400 E. Touhy Ave Suite G2,    Des Plaines, IL 60018-3338
518056792      +Diversified Consultant, Inc.,    PO Box 1391,    Southgate, MI 48195-0391
518056793      +EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
518056796       FMA Alliance Ltd.,    PO Box 2409,    Houston, TX 77252-2409
518056795       First Source Advantage,    PO Box 628,    Buffalo, NY 14228
518056797      +Hillcrest Emergency Services Group,    185 Roseberry Street,    Phillipsburg, NJ 08865-1690
518056798       Hunterdon Medical Center,    Payment Processing Center - Avadyne,    PO Box 219714,
                 Kansas City, MO 64121-9714
518056804      +Michael Harrison Attorney at Law,    3155 State Route 10-Suite 214,    Denville, NJ 07834-3430
518056805      +Midland Funding,    Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518056806      +Mr. Cooper,    8950 Cypress Waters Blvd,    Dallas, TX 75019-4620
518056809      +Pegasus Emergency Group,    3075 E. Imperial Hwy, STe 200,    Brea, CA 92821-6753
518056811       Portfolio Recovery Associates,    Riverside Commerce Center,    Norfolk, VA 23502-4932
518056812       Progressive Physicain Associates,    PO Box 678398,    Dallas, TX 75267-8398
518056813       Riverfield Family Heath Center,    3 Minneakoning RD,    Flemington, NJ 08822-5726
518056815      +St Lukes Emergency Physician Specialists,    PO Box 5386,    Bethlehem, PA 18015-0386
518056816       St. Lukes University Health Network,    PO Box 788187,    Philadelphia, PA 19178-8187
518056817      +Subaru Motors Finance,    c/o Chase,    PO Box 78101,    Phoenix, AZ 85062-8101
518056821      +The Bureaus Inc.,    650 Dundee Road Suite 370,    Northbrook, IL 60062-2757
518123798      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
518056822      +United Student Aid Funds, Inc.,    c/o Pioneer Credit Recovery,    308 W Rt 38,
                 Moorestown, NJ 08057-3212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2019 00:22:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2019 00:22:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518056779       E-mail/Text: bankruptcy@bbandt.com Jun 08 2019 00:21:46      BB&T,    PO Box 890011,
                 Charlotte, NC 28289-0011
518056787       E-mail/Text: compliance@contractcallers.com Jun 08 2019 00:23:10      Contract Callers, Inc.,
                 POB 212609,    1058 Claussen Rd,    Ste 110,    Augusta, GA 30917
518056782       EDI: CAPITALONE.COM Jun 08 2019 03:53:00      Capital One,    PO Box 70884,
                 Charlotte, NC 28272-0884
518056783       EDI: CAPITALONE.COM Jun 08 2019 03:53:00      Capital One Bank,    PO Box 70884,
                 Charlotte, NC 282720884
518056784       EDI: CAUT.COM Jun 08 2019 03:53:00      Chase Auto Finance,    PO Box 78067,
                 Phoenix, AZ 850628067
518056785       EDI: CITICORP.COM Jun 08 2019 03:53:00      Citibank,    PO Box 769006,
                 San Antonio, TX 782459006
518056786       EDI: COMCASTCBLCENT Jun 08 2019 03:53:00      Comcast,    PO Box 69,    Newark, NJ 07101-0069
518056789      +EDI: RCSFNBMARIN.COM Jun 08 2019 03:53:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
518056791       EDI: DIRECTV.COM Jun 08 2019 03:53:00      Direct TV,    PO Box 11732,    Newark, NJ 07101-4732
518056794      +E-mail/Text: bankruptcy@erieinsurance.com Jun 08 2019 00:22:59      Erie Insurance Exchange,
                 100 Erie Ins Pl,    Erie, PA 16530-0001
518056799      +E-mail/Text: kristina.gutjahr@hunterdonradiology.com Jun 08 2019 00:23:01
                 Hunterdon Radiology/Imaging Associates,    PO Box 5388,    Clinton, NJ 08809-0388
518056800      +EDI: JEFFERSONCAP.COM Jun 08 2019 03:53:00      Jefferson Capital System,    PO Box 17210,
                 Golden, CO 80402-6020
518056801       E-mail/Text: bncnotices@becket-lee.com Jun 08 2019 00:21:31      Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 532012983
518056803       E-mail/Text: camanagement@mtb.com Jun 08 2019 00:21:52      M & T Bank,    PO Box 900,
                 Millsboro, DE 19966
518056807      +EDI: NAVIENTFKASMSERV.COM Jun 08 2019 03:53:00      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
518056808       E-mail/Text: electronicbkydocs@nelnet.net Jun 08 2019 00:22:18      Nelnet Inc.,    PO Box 2970,
                 Omaha, NE 68103-2970
518056810       EDI: PRA.COM Jun 08 2019 03:53:00      Portfolio Recovery,    120 Corporate Blvd,
                 Norfolk, VA 23502
518056814       EDI: NEXTEL.COM Jun 08 2019 03:53:00      Sprint,    PO Box 1769,    Newark, NJ 71011769
518056818      +EDI: SWCR.COM Jun 08 2019 03:53:00      SW Credit Systems,    4120 International Pkwy,
                 Suite 1100,    Carrollton, TX 75007-1958
518056819       EDI: AISTMBL.COM Jun 08 2019 03:53:00      T-Mobile,    PO Box 742596,    Cincinnati, OH 452742596
518056820       EDI: TDBANKNORTH.COM Jun 08 2019 03:53:00      TD Bank,    17000 Horizon Way,
                 Mount Laurel, NJ 08054
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 07, 2019
                              Form ID: 318             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518056823      +EDI: VERIZONCOMB.COM Jun 08 2019 03:53:00      Verizon,   PO Box 4830,   Trenton, NJ 08650-4830
518056824      +EDI: VERIZONCOMB.COM Jun 08 2019 03:53:00      Verizon Wireless,   PO Box 489,
                 Newark, NJ 07101-0489
                                                                                             TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518056802         landlord
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Philip S. Perrella joan@joanlaverylaw.com
              Joan Sirkis Warren    on behalf of Joint Debtor Melanie A. Perrella joan@joanlaverylaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```