| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | Order Filed on September 11, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| **RAS Citron, LLC** | |
| 130 Clinton Road | |
| Lobby B, Suite 202 | |
| Fairfield, NJ 07004 | |
| Telephone No.: 855-225-6906 | Case No.:     19-14172 |
| Attorneys for Secured Creditor | Chapter:      7 |
| Harold Kaplan   HK0226 | Hearing Date: September 10, 2019 |
| In Re: | Judge:         Kathryn C. Ferguson |
| **Phillip S. Perrella,** | |
| **Debtor,** | |
| **Melanie A. Perrella,** | |
| **Joint Debtor.** | |

Recommended Local Form:         ☒ Followed         ☐ Modified

### ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: September 11, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case 19-14172-KCF    Doc 21    Filed 09/11/19    Entered 09/12/19 13:02:26    Desc Main
Document      Page 2 of 2

Page **2**
Debtors:      Phillip S. Perrella and Melanie A. Perrella
Case No.:     19-14172
Caption of Order:   **Order Vacating Stay**

_____

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

    Real property more fully described as:

☒  Personal property more fully described as:

    2016 Subaru Forester
    VIN Number JF2SJADC2GH501095

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.