| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on September 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **RAS Citron, LLC**<br>130 Clinton Road<br>Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 855-225-6906<br>Attorneys for Secured Creditor<br>Harold Kaplan   HK0226 | Case No.:   19-14172<br>Chapter:   7<br>Hearing Date: September 10, 2019<br>Judge:   Kathryn C. Ferguson |
| In Re:<br><br>**Phillip S. Perrella,**<br>   **Debtor,**<br>**Melanie A. Perrella,**<br>   **Joint Debtor.** | |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: September 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page **2**
Debtors:     Phillip S. Perrella and Melanie A. Perrella
Case No.:    19-14172
Caption of Order:  **Order Vacating Stay**

_____

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☐  Real property more fully described as:

☒  Personal property more fully described as:

   2016 Subaru Forester
   VIN Number JF2SJADC2GH501095

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Philip S. Perrella  
Melanie A. Perrella  
    Debtors

Case No. 19-14172-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 12, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.  
db/jdb       +Philip S. Perrella,   Melanie A. Perrella,   32 Hemlock Road,   Columbia, NJ 07832-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:  
        Andrea Dobin   ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
        Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harold N. Kaplan   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. hkaplan@rasnj.com,  
         informationathnk@aol.com  
        Joan Sirkis Warren   on behalf of Debtor Philip S. Perrella joan@joanlaverylaw.com  
        Joan Sirkis Warren   on behalf of Joint Debtor Melanie A. Perrella joan@joanlaverylaw.com  
        Rebecca Ann Solarz   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
         rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 7