Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19–14172–KCF
                        Chapter:  7
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Philip S. Perrella | Melanie A. Perrella |
| 32 Hemlock Road | aka Malanie A Rieur |
| Columbia, NJ 07832 | 32 Hemlock Road |
| | Columbia, NJ 07832 |

Social Security No.:
  xxx–xx–5007                                     xxx–xx–1015

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 25, 2019</u>                        <u>Kathryn C. Ferguson</u>
                                                      Judge, United States Bankruptcy Court